UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER PALOMAREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DARIN YOUNG,<br><br>　　　　Respondent. | Case No. 18-cv-03530 NC (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner is challenging a conviction he suffered in South Dakota, is TRANSFERRED to the District of South Dakota, as that is the district of conviction. *See* 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

**IT IS SO ORDERED.**

DATED: July 5, 2018

　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 18-cv-03530 NC (PR)
ORDER OF TRANSFER